IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JIBRI ALI-EL,<br><br>                Defendant. | **8:06CR358**<br><br>**ORDER** |

      Defendant Jibri Ali-El appeared before the court on Friday, January 9, 2015 on a Second Petition for Warrant for Offender Under Supervision [63].  The defendant was represented by CJA Panel Attorney David F. Eaton and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. Defendant waived his right to a preliminary examination.  A Detention Hearing was scheduled so that the Office of Probation could determine if the defendant had completed his sentence in State Court. A Detention hearing was held on Monday, January 12, 2015.  The government and counsel for the defendant indicated that the defendant's State Court sentence was complete, and the government did not request detention provided that an additional condition of supervision be added as stated on the record.  Therefore, the defendant will be released on current conditions of supervision and an additional condition of supervision as stated on the record.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

      IT IS ORDERED:

          1.    A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on February 27, 2015 at 1:30 p.m.  Defendant must be present in person.

          2.    The defendant is to be released on current conditions of supervision and shall have no contact with the person stated on the record at the January 12, 2015 detention hearing.

      Dated this 12th day of January, 2015

                                                            BY THE COURT:

                                                            s/ F.A. Gossett, III
                                                             United States Magistrate Judge