IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JIBRI ALI-EL,<br><br>     Defendant. | 8:06CR358<br><br>ORDER |

  Defendant Jibri Ali-El appeared before the court on July 24, 2015 on a Petition for Warrant for Offender Under Supervision [79]. The defendant was represented by CJA Panel Attorney David F. Eaton and the United States was represented by Assistant U.S. Attorney Meredith B. Tyrakoski. Defendant waived his right to a preliminary examination. The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 14, 2015 at 1:00 p.m. Defendant must be present in person.

  2. The defendant is to be released on current conditions of supervision.

  Dated this 27th day of July, 2015

                  BY THE COURT:

                  s/ F.A. Gossett, III
                  United States Magistrate Judge