IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JIBRI ALI-EL,<br><br>           Defendant. | 8:06CR358<br><br>ORDER |

This matter is before the Court on defendant's amended motion to amend his sentence, Filing No. 97. This Court sentenced defendant on October 15, 2015, and revoked his supervised release. Filing Nos. 94 and 95. Defendant contends that his sentence should be amended, so he can serve it at a half-way house in the State of Colorado or the State of Nebraska. The Court has carefully reviewed the motion and declines to amend the same. The Court finds its initial sentence for revocation in this case is appropriate for the reasons stated at the sentencing.

THEREFORE, IT IS ORDERED THAT defendant's amended motion to amend his sentence, Filing No. 97, is denied.

Dated this 28th day of October, 2015

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon<br>
                                                        Senior United States District Judge